UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MENCER, VINCENT DOUGHERTY, TIM HARROLD, ROSS HEPBURN, JOSH FRASIER, and CODY WALDEN, individually and on behalf of members of the proposed Classes,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., UNITED STATES NUTRITION, INC., and HEALTHWATCHERS, INC.,<br><br>Defendants. | Case No.: 2:14-cv-05030-LDW-AKT<br><br>**PROPOSED ORDER CONFIRMING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br> |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefor, hereby confirms that:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, all claims, counterclaims, and defenses between Plaintiffs VINCENT DOUGHERTY, TIM HARROLD, and CODY WALDEN and the Defendants, NBTY, INC., UNITED STATES NUTRITION, INC., and HEALTHWATCHERS, INC., in this

134634.1

action are hereby dismissed, without prejudice. Counts II and IV are dismissed in their entirety, without prejudice. The parties shall bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: February 4, 2015
Central Islip, NY

By: _____
Leonard D. Wexler
United States District Judge